1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

          Plaintiff,

     v.

ORCHARD GARDEN, INC.,

          Defendant.

Case No. 18-cv-01593-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

The Court having been informed by the ADR Unit that the parties to the action have agreed to

a settlement, IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings

scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court,

with proper notice to opposing counsel within ninety (90) days from the date below, that settlement

has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for

further proceedings. **IT IS SO ORDERED**.

Dated: January 25, 2019



WILLIAM H. ORRICK
United States District Judge